**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Eric REISS, Appellant.**

Supreme Court of Pennsylvania.

Argued March 5, 1996.

Decided March 18, 1996.

Robert E. Stewart, for Eric Reiss.

Karen Arnold, for Com.

Before FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM.

The court being evenly divided, the order of the Superior Court is affirmed.

NIX, C.J., did not participate in the consideration or decision of this case.

FLAHERTY, ZAPPALA and NIGRO, JJ., would reverse the order of the Superior Court.